COM.

v.

EASTMAN, N.

**893 MDA 2016**

Superior Court of Pennsylvania.

03/13/2017

CP–22–CR–0006625–2014
(Dauphin)

Affirmed

COM.

v.

SMALLWOOD, D.

**909 MDA 2016**

Superior Court of Pennsylvania.

03/13/2017

CP–67–CR–0000778–2014 (York)

Affirmed

COM.

v.

STOUTZENBERGER, N.

**937 MDA 2016**

Superior Court of Pennsylvania.

03/13/2017

CP–36–CR–0002801–2015
(Lancaster)

Affirmed

GALLAGHER, K.

v.

RICHARDS, K.

**960 MDA 2016**

Superior Court of Pennsylvania.

03/13/2017

2015–CV–1859–CV (Dauphin)

Affirmed